# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00290-CV

**Evaristo Gabriel Vazquez, Appellant**

**v.**

**Jessica Lynn Bailey, Appellee**

### FROM THE 207TH DISTRICT COURT OF HAYS COUNTY
### NO. 16-0582, THE HONORABLE WILLIAM R. HENRY, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Evaristo Gabriel Vazquez appealed the judgment of divorce in this cause. After the appellate record was filed, Vazquez's appellant's brief was due August 8, 2022. This Court's clerk sent a notice of late brief on September 6, 2022, and two days later this Court granted Vazquez a 90-day extension of the due date.

By motion filed November 7, 2022, Vazquez requested an additional extension of time to file his brief, stating that he was no longer represented by an attorney, that he would be filing a pro se brief, that he has a limited grasp of the English language, and that the reporter's record on file contained only the closing arguments summarizing hearings that occurred over five nonconsecutive days stretching across four years. This Court's clerk called the court reporter, who stated that she had been asked and paid to prepare only one volume of the record. This Court granted a 60-day extension, making the brief due January 9, 2023.

On January 9, 2023, Vazquez filed a third motion for extension, requesting an additional 120 days to obtain the record and prepare his brief. The Court's clerk called the reporter, who stated that she had not been paid to prepare any additional volumes of record.

Vazquez shall have until February 28, 2023, to pay or make arrangements to pay for any additional volumes of reporter's record that he requires. By March 3, 2023, the reporter shall inform this Court's clerk what additional volumes have been requested and she has agreed to prepare, if any, and by what date those volumes will be filed with this Court. Vazquez's brief will be due thirty days from the date the additional volumes of reporter's record are filed.

If Vazquez does not timely pay or make arrangements to pay for additional volumes of reporter's record, his brief will be due on March 30, 2023, and this appeal will be submitted on the record on file with this Court. *See* Tex. R. App. P. 37.3(c).

Ordered January 31, 2023.

Before Chief Justice Byrne, Justices Triana and Theofanis